**Opinion filed December 14, 2023**



In The

# Eleventh Court of Appeals

———————

## No. 11-23-00197-CV

———————

## CAROLYN POLLY ROSE-BARFIELD, Appellant

## V.

## ARTHUR BYRON ROSE, Appellee

**On Appeal from the County Court
Callahan County, Texas
Trial Court Cause No. 2736**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss the appeal. In the motion, Appellant states that the parties have "come to a mutual agreement" and requests that the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

JUSTICE

December 14, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.